UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN B. ECHOLS,

    Petitioner,      No. 1:07-cr-213-05

vs.

     Hon. Paul L. Maloney
UNITED STATES OF AMERICA,      Chief United States District Judge

    Respondent.
_____/

## ORDER GRANTING REQUEST FOR EXTENSION OF TIME

The government has requested a 4-week extension of time to file its response to Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, pursuant to Title 28, United States Code, Section 2255. Good cause having been shown,

IT IS HEREBY ORDERED that the government shall have to and including November 30, 2009 to file its response.

November 12, 2009

/s/ Paul L. Maloney
HONORABLE PAUL L. MALONEY
Chief United States District Judge
Western District of Michigan