UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN B. ECHOLS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

No. 1:07-CR-213

Honorable Paul L. Maloney
Chief Judge

## ORDER GRANTING EXTENSION OF TIME

The United States has requested additional time in order that defendant's former counsel, Joseph Brehler, can provide the United States with an affidavit responding to the allegations of ineffective assistance of counsel alleged by defendant and thereafter for the United States to prepare its response to the defendant's motion pursuant to 28 U.S.C. § 2255.

IT IS HEREBY ORDERED that defendant's former counsel, Joseph Brehler, will prepare and provide the United States with an affidavit responding to his former client's allegations by December 18, 2009.

IT IS FURTHER ORDERED that the United States will have until January 15, 2010 to file its response.

Dated: November 30, 2009

/s/ Paul L. Maloney
HONORABLE PAUL L. MALONEY
Chief United States District Judge
Western District of Michigan