UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN B. ECHOLS,

    Movant,                                            No. 1:07-CR-213-05

v.

                                                Hon. Paul L. Maloney
UNITED STATES OF AMERICA,         Chief United States District Judge

    Respondent.
_____/

**ORDER**

The Government's motion seeking leave of the Court to accept "out of time" the Government's Response In Opposition To Movant's Motion For Relief pursuant to 28 U.S.C § 2255 (Record No. 313) is hereby GRANTED.

SO ORDERED.

Dated: February 12, 2010        /s/ Paul L. Maloney
                                       Hon. PAUL L. MALONEY
                                       Chief United States District Judge