UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Respondent,

v.

SHAWN B. ECHOLS,

    Movant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:07-cr-213-05

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

This matter is before the Court on the movant's motion for extension of time (Dkt. #325). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the motion for extension of time (Dkt. #325) is **GRANTED.** The deadline for movant to file his reply is extended to **April 13, 2010**.

Date: March 25, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge